# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: COUNTY OF CARBON TAX CLAIM BUREAU JUDICIAL SALE OF LAND IN THE COUNTY OF CARBON FREE AND DISCHARGED FROM ALL TAX AND MUNICIPAL CLAIMS, MORTGAGES, LIEN CHARGES, AND ESTATES WHATSOEVER, HELD NOVEMBER 6, 2015

: No. 402 MAL 2018

: Petition for Allowance of Appeal from the Order of the Commonwealth Court

LEHIGHTON AREA SCHOOL DISTRICT,
   Respondent

v.

CARBON COUNTY TAX CLAIM BUREAU,

   Petitioner

IN RE: COUNTY OF CARBON TAX CLAIM BUREAU JUDICIAL SALE OF LAND IN THE COUNTY OF CARBON FREE AND  DISCHARGED FROM ALL TAX AND MUNICIPAL CLAIMS, MORTGAGES, LIEN CHARGES, AND ESTATES WHATSOEVER, HELD NOVEMBER 6, 2015

: No. 403 MAL 2018

: Petition for Allowance of Appeal from the Order of the Commonwealth Court

LEHIGHTON AREA SCHOOL DISTRICT,
   Respondent

v.

CARBON COUNTY TAX CLAIM BUREAU, FRANKLIN TOWNSHIP,

   Petitioners

IN RE: COUNTY OF CARBON TAX : No. 404 MAL 2018
CLAIM BUREAU JUDICIAL SALE OF :
LAND IN THE COUNTY OF CARBON :
FREE AND DISCHARGED FROM ALL : Petition for Allowance of Appeal from
TAX AND MUNICIPAL CLAIMS, : the Order of the Commonwealth Court
MORTGAGES, LIEN CHARGES, AND :
ESTATES WHATSOEVER, HELD :
NOVEMBER 6, 2015 :
:
PANTHER VALLEY SCHOOL DISTRICT, :
            Respondent :
:
:
:
         v. :
:
:
:
CARBON COUNTY TAX CLAIM :
BUREAU, :
:
           Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 6th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.